**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6389**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARYL BERNARD TYSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (4:10-cr-00094-D-1)

Submitted:  August 25, 2020                    Decided:  August 28, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daryl Bernard Tyson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Bernard Tyson appeals the district court's order denying his motion for appointment of counsel to represent him in the filing of a motion pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Tyson*, No. 4:10-cr-00094-D-1 (E.D.N.C. Feb. 27, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*